IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV4 |
| v. | ) ) | |
| MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, and JOHN DOE CORPORATION(S) 1 THROUGH 50, REAL NAMES UNKNOWN, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation to extend expert disclosure deadline (Filing No. 29).  The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2)  The plaintiff shall have until March 22, 2013, to identify all expert witnesses and serve the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness it expects to call to testify at trial.

3) All other deadlines remain unchanged.

DATED this 27th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court