IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD           )
COMPANY,                         )
                                 )
          Plaintiff,             )         8:12CV4
                                 )
     v.                          )
                                 )
MERIDIAN RAIL ACQUISITION        )         ORDER
CORP., d/b/a GREENBRIER RAIL     )
SERVICES, and JOHN DOE           )
CORPORATION(S) 1 THROUGH 50,     )
REAL NAMES UNKNOWN,              )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on the joint motion to stay fourth amended final progression order (Filing No. 131). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The fourth amended final progression order is stayed.

2) All pending motions are denied without prejudice.

3) The parties shall file a written status report on or before May 31, 2014. If necessary, a planning conference will be scheduled to expedite progression of the case.

DATED this 13th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court