IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV4 |
| v. | ) ) ) | |
| MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, and JOHN DOE CORPORATION(S) 1 THROUGH 50, REAL NAMES UNKNOWN, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the status report to Court (Filing No. 135).  The Court notes the parties have successfully mediated the case and reached a settlement. Accordingly,

IT IS ORDERED the stay is continued until July 31, 2014.  By that time, the parties shall have filed settlement documents, or they shall file a written status report concerning the progress of the effectuation of the settlement.

DATED this 22nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court