IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV4 |
| v. | ) ) | |
| MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, and JOHN DOE CORPORATION(S) 1 THROUGH 50, REAL NAMES UNKNOWN, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 137).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 22nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court